IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00492-GCM

| | |
|---|---|
| MIDDLESEX INSURANCE COMPANY,<br><br>**Plaintiff,**<br><br>v.<br><br>DOYLE DICKERSON TERRAZZO, INC.,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Trial is presently set for March 14, 2022. However, discovery remains stayed pending resolution of another lawsuit. *See* ECF No. 56.

**IT IS THEREFORE ORDERED** that the parties shall file a joint status report within seven (7) days, advising the Court of the status of that lawsuit and the effect, if any, of the ongoing proceedings on the existing trial calendar.

**SO ORDERED**.

Signed: January 18, 2022

Graham C. Mullen
United States District Judge