IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00492-GCM

| | |
|---|---|
| MIDDLESEX INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOYLE DICKERSON TERRAZZO, INC.,<br><br>　　　　Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Discovery in this action is stayed pending resolution of a related state court action. Because trial is presently set for the March 2022 trial term, the Court sought a joint status report from the parties. *See* ECF No. 57. The parties indicated that the state court action remains ongoing and that this case is not yet ripe for trial. ECF No. 58 at 1–2.

**IT IS THEREFORE ORDERED** that:

1. The trial in this matter is **CONTINUED** to a date to be set by separate order.

2. The parties shall **FILE ANOTHER STATUS UPDATE** up to and including April 29, 2022, informing the Court of the status of the state court action, and advising the Court when this matter may be set for trial.

**SO ORDERED**.

Signed: January 25, 2022

Graham C. Mullen
United States District Judge